**THE LAW OFFICES OF JACOB ARONAUER**
Jacob Aronauer (JA 9184)
225 Broadway, 3rd Floor
New York, NY 10007
(212) 323-6980

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------
EFREN CARRASCO,

                              Plaintiff,

                                                   18-cv-07883 (AJN)

   -against-

                                                   NOTICE OF MOTION
                                                   FOR DEFAULT
ACROPOL REST. CORP. d/b/a RITZ DINER,      JUDGMENT
and DIMITRIOS SARANTOPOULOS,
GEORGE KALOGERAKOS, and SAMMY
DOE, individually

                                Defendants.
-----------------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the declaration of Effren Carrasco, the declaration of Jacob Aronauer and the memorandum of law and all prior pleadings and proceedings heretofore had, Plaintiff, by and through his attorney, The Law Offices of Jacob Aronauer, will move for default judgment pursuant to Fed. R. Civ. P. 55(b) against Acropol Rest. Corp. and Dimitrios Sarantopoulos and George Kalogerakos, for the reasons more particularly set forth in the aforementioned documents before the Honorable Alison Nathan, U.S.D.J., at the Courthouse for the United States District Court, Southern District of New York, located at 40 Foley Square, New York, New York 10007, on a date and time fixed by the Court.

Dated:  October 17, 2018
       New York, New York

                Respectfully submitted,

                */s Jacob Aronauer*_____
                Jacob Aronauer (JA: 9184)
                **THE LAW OFFICES OF JACOB ARONAUER**
                Jacob Aronauer
                225 Broadway, Suite 307
                New York, NY 100017
                (212) 323-6980
                jaronauer@aronauerlaw.com

                *Attorney for Plaintiff*