UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EFREN CARRASCO,

                                      Plaintiff,

    -against-                                          18-cv-07883 (OTW)

ACROPOL REST. CORP. d/b/a RITZ DINER,          Stipulation of
and DIMITRIOS SARANTOPOULOS,                    Discontinuance with
GEORGE KALOGERAKOS, and SAMMY                 Prejudice
DOE, individually

                                      Defendants,
-----------------------------------------------------------------X

       Plaintiff Efren Carrasco and Defendants Acropol Rest Corp. and Dimitrios Sarantopoulos, George Kalogerakos and Sammy Doe, individually hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed bearing that party's own attorney's fees and costs.

Dated: December 26, 2019
       New York, New York

                                        **THE LAW OFFICES OF JACOB ARONAUER**

                                        By: _____
                                              Jacob Aronauer
                                              *Attorney for Plaintiff*

                                        **LAW OFFICES OF MICHAEL P. GIAMPILIS, P.C.**

                                        _____
                                        Michael Giampilis
                                        *Attorney for Defendants*

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERRED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: December ____, 2019

ONA T. WANG  
UNITED STATES MAGISTRATE JUDGE