The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

January 18, 2022

**Via ECF**
Hon. Ona T. Wang
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Carrasco. v. Acropol Rest. Corp. et al.*
              18-cv-07883 (OTW)

Dear Judge Wang:

      This office represents Plaintiff in the above captioned matter. Plaintiff writes to enforce the terms of the settlement agreement. This is not the first time Defendants have failed to adhere to the terms of the settlement agreement (dkt 79). Defendants have failed to make the required payment by January 7th after failing to remedy their failure to pay after the grace period.

      Defendants have liked to play it to the very limit. With the exception of the months where they did not pay at all, Defendant always pay on the 10th day after the grace period ends. Today, they didn't.

      Plaintiff requests permission to provide the Court with further information as to the amount of money owed and to collect the remaining balance immediately and to receive reasonable attorney fees with respect to the enforcement of the settlement agreement.

      On behalf of my client, I thank the Court for its consideration.

Respectfully,

*/s Jacob Aronauer*
Jacob Aronauer
*Attorney for Plaintiff*

cc:  **Via ECF**
      *All attorneys on record*