The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

January 19, 2022

**Via ECF**
Hon. Ona T. Wang
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Carrasco. v. Acropol Rest. Corp. et al.*
               18-cv-07883 (OTW)

Dear Judge Wang:

    This office represents Plaintiff in the above captioned matter. Plaintiff withdraws the motion made last night (dkt 087).

                                                                          Respectfully,

                                                                  */s Jacob Aronauer*
                                                                  Jacob Aronauer
                                                                 *Attorney for Plaintiff*

cc:  **Via ECF**
      *All attorneys on record*